.IN THE COURT OF THE FEDERAL DISTRICT OF SOUTH DAKOTA

Christopher William The Living Man

Case #  19-4096

        Claimant

v.

Paul Tenhaken

Sean Coistra

        Defendant

I, Christopher William, The Living Man, on this date, do bring action against Paul Tenhaken for the purpose of claiming damage in fact in an Article III court of common law.

**STANDING**

The claimant has standing, in that he is no U.S. Citizen, but instead is a twice authenticated State National of the Republic, in the Territory of South Dakota; a living breathing man, and not a "Resident" of the corporate entities of THE STATE OF SOUTH DAKOTA, INC., or THE CITY OF SIOUX FALLS, INC.

**VENUE**

As these events occurred in the territory of South Dakota, and the claimant lives in this territory, as does the defending party, venue is located in this federal district.

**JURISDICTION**

This matter falls under the "Federal Question" jurisdiction; and subject matter falls under this court, since the question concerns a conspiracy against the Constitutional rights of the claimant, and that attempts were made to deprive the claimant of his unalienable and Constitutional rights using color of law. Also, a matter concerning the reach of the "Freedom of Information Act" is in question. It should also be noted that this matter has gone as far as possible where the COUNTY OF MINNEHAHA INC. is concerned, as the State court would not allow me to file action without a "State issued ID." The claimant also reserved his rights, and claims the right to amend this claim to add AAA Collections, LLC, should the possibility that they will not resolve this matter, arise.

**FACTS OF THE CASE**

1. On or around the date of November 18th, a message was submitted to Defendant Tenhaken, informing him that we had a friend in common, and that this person knew his

1

whole family.  The plaintiff left this message as only a friendly heads up that we knew someone in common that I respected, and that I guessed the defendant did too.

2. On November 20th, the claimant received a voicemail from a Sgt. Sean Coistra, asking the claimant to return his call.

3. Upon returning this call, Sgt. Sean Coistra proceeded to warn me that I should no longer send such a personal message to Mr. Tenhaken, presenting that he intended to conspire with defendant Tenhaken to violate my inalienable right of free speech.

4. On or around the date of March 10th, 2019, the claimant sent several copies of a document to around 72 city workers, which included a quote of mine that said:  I bet the first person to say "You can't fight city hall" was a person who worked for city hall who was tired of people fighting city hall all the time.  I say, you can fight city hall, you just need a bigger gun, better bullets and harder armor."

5. On the date of March 12th, the claimant received a voicemail from Sgt. Sean Coistra, asking the claimant to return the call.

6. On the same date, the claimant returned his call, and Sgt. Sean Coistra warned me to remove this quote from the document before sending it to anyone else, essentially presenting once again, that he intended to conspire with the defendant, Mr. Tenhaken, to once again, violate my inalienable right of free speech.

7. On the date of or around December 29th, 2018, a FOIA request question and answer sheet was submitted to "The City of Sioux Falls, Inc.,", a business run by Mr. Paul Tenhaken, its apparent Administrator; via email; asking for all information available on record for on a brand new technology currently being installed within the limits of "The City of Sioux Falls, Inc." - The 5G Cell Phone upgrade; and the plan to make Sioux Falls a "Smart City", as well as all information about its new LED lighting system.

8. On the date of or around December 31st, a return email was sent to the claimant, inferring that, in providing answer to the FOIA, the claimant could possibly incur some additional costs.  The first was quoted as $.10/copy, and the 2nd at $7.50/hr. for "record searching," as it is not at all described in any detail in "The City of Sioux Falls" ordinance of 41.003; nor did it even appear as absolute that these service charges would occur.  The statute reads, ver batum:

> "a.  The following fees shall be paid for record search and production of documents for the public:  Service: Photocopies/page@$0.10; Record Search/hour@$7.50"

**NOTE:** This statute and its chapter do nothing to define these services at all.

9. The claimant emailed back to "The City of Sioux Falls, Inc." an email, which only said: "That's fine. Go ahead."

10. On the date of approximately February 2, 2019, the claimant received the answer to the request, in the form of approximately 12 pages of a printed reply letter ($.10/copy x 12 = $1.20) and a small off-brand 8 GB thumb drive with approximately 20 varying files on it, of which 2 were possibly useful in my request (the contract for Verizon, and another like it). The answers to the specific questions asked in the FOIA request were largely not answered and fielded as not being the responsibility of the City's Council to answer; nor were any attempts made to direct the claimant to anywhere that he might find these answers. Included with this package was a bill as issued the claimant by "The City of Sioux Falls (Inc.)" in the amount of $115.82, for 14 hours of "Multi-Media Support", a term not described in this business's "codes", those quoted in billing the claimant; nor was this "support" mentioned as possibly chargeable at all in the corresponding emails.

11. On the date of February 8th, 2019, the claimant sent payment and a letter to "The City of Sioux Falls, Inc." The claimant offered to settle this unlawful bill in the form of the only recently discoverable means of making this payment lawfully that I'm aware of: coffee beans, at a rate of 1 whole bean per dollar, and which also included the full set of legal paperwork (in affidavit form, signed in blue and thumbprint in red, witnessed by the same); which fully explains this justifiable method of payment. All of this was sent to the address provided on the bill for "The City of Sioux Falls (Inc.)" via certified mail, with return receipt. I also added that I wanted a receipt marked "Paid in full" to be mailed to me. The package was delivered and signed on or around February 11th, 2019.

12. Between the dates of February 11th, 2019 and the first date of a bill sent to the claimant's current address from AAA collections in the amount allegedly owed "The City of Sioux Falls, Inc.", no return of the claimant's payment was sent the claimant by mail; nor did the claimant ever receive mail indicating that the bill was not able to be paid in this manner; nor did the claimant ever receive a subsequent follow-up for the original bill; nor was one ever mailed to or received by any occupying parties at his current home address.

13. On or around the approximate date of April 2, 2019, the claimant then received the now $116 bill from AAA Collections, LLC, addressed to a dead corporate entity named CHRISTOPHER BRUCE; demanding payment of the bill, and threatening this entity with legal retributions.

14. On or around the date of 4/16/2019, the claimant made an attempt to serve notice of Cease and Desist/Intent to file civil suit to the individual/defendant Paul Tenhaken's

personal secretary.  Upon approach to the office of Mr. Tenhaken at City Hall, I was identified mistakenly as "Mr. Bruce," and called over by the building's security officer on duty at the time.  Even though this has not been my name for 4 years, it used to be, and I was sure he was on the lookout for me, since I had made my service attempt common knowledge.  As I wanted the notice served, I humored him.  This person was, evidently, a person able to accept service on behalf of Paul Tenhaken, and he did so at this time, stating he would take them for him.  I then produced copy of all that I was giving the defendant at this time; and had the security officer sign the copies as "received" for my records.  The man who accepted the notice was identified as Greg DeBoer, and this was confirmed via phone call information and by signature.  He is allegedly a retired police officer, badge #622.  The receipt for "Paid in full" was asked for again in this notice.

15. On or around 4/24/2019, the claimants received a charge of  now $120.90 from AAA Collections LLC, addressed to the same dead corporate entity as before (CHRISTOPHER BRUCE, ALL CAPS), and not this claimant.

16. On or around the date of 4/26/2019, the claimant issued notice to cease and desist all communications/intent to file civil action to the 2nd defending party – AAA COLLECTIONS, LLC., along with a letter disputing the validity of Mr. Tenhaken's bill. Attached with this notice was evidence of the all that had transpired between this Living Man and "The City of Sioux Falls, Inc." concerning the matter they were attempting to collect.  As of this date, there has been no response from the defendants Paul Tenhaken or AAA Collections, LLC.

## GROUNDS FOR DAMAGE AND REQUEST FOR REMEDY:

It was ruled in the Supreme Court of the United States that neither the UNITED STATES, INC., OR IT'S LESSER FRANCHISES, THE STATE OF SOUTH DAKOTA, INC, THE COUNTY OF MINNEHAHA INC.; and THE CITY OF SIOUX FALLS, INC. has any granted or legal authority to affect or enforce any corporate by-laws, rules, ordinances or statutes against; or punish as a result of the alleged "violation" of the aforementioned, on a designated State National (South Dakotan), A Living Breathing Man in common law, or a person with address in the Republic or the Territory of South Dakota.  According to the same ruling, all of these fictions are, and I quote, "Figments of my imagination."

Also, there are currently no records in my current home state of implied, presumed, or assumed consent made to the aforementioned, to consent to be ruled by its bylaws (or entered into verbal or written agreements) between any of these entities and the claimant on file anywhere; save the email agreeing to the POSSIBLE charges that might be incurred of me in answer to my FREEDOM OF INFORMATION ACT REQUEST;

4

which it would appear is hardly free at all.  Should the email conversation between an actor for the corporate fiction and the claimant be somehow able to allow the court to construct an implied or verbal contract between the claimant and the 2 defending parties; know that, upon doing so, the claimant will then claim damage, in that the terms and conditions implied in any subsequent responses (or, in this case, NON-responses) by those of this franchise were largely violated, since no answer was provided to most questions, no breakdown of work performance was given the claimant, and the work discussed and defined by City's ordinances did not match what the claimant was billed for.  Furthermore, both the bill and its subsequent collection was addressed to CHRISTOPHER BRUCE, a dead corporate entity, an entity I have not been for nearly 4 years now.  Currently, there are no other States carrying any such contracts or agreements with the claimant either.

The claimant requests, therefore, as his remedy for the damage in fact by Paul Tenhaken including, but not limited to:  unfair billing for almost no service that was either defined or rendered, the disregard of the payment made, costs that were incurred during these processes which are, but are not limited to:  Mailing costs, printing costs; hours spent on legal documents and services, my valuable time (at the rate of $100/per hour), and the damage made to the claimant's credit score that occurred when Paul Tenhaken, for the 25% of this bill he received from AAA Collections, LLC for turning it over to this defendant for collecting, without additional attempts to re-collect his alleged "Bill;" did not send the payment sent in back to the claimant, did not present the claimant with additional notice of the amount due; but instead turned it over to defending party AAA Collections LLC; the claimant asks the court to grant the claimant the amount of $5,000 in lawful currency, defined by the Constitution of the United States (Gold or silver) be paid the claimant, for the harm done to him and his good name.

In damage by AAA Collections; For the damage of harassment of this claimant on two separate occasions; on the basis of an unlawful attempt to extort FRN's from the claimant for no service rendered by the franchise business "The City of Sioux Falls;" and attempting to assign this debt to a debtor that does not exist; and utilizing the color of law and threats of legal duress; the court is asked to award the plaintiff the amount of $1000.00 in lawful Constitutional money (gold or silver) for pain and suffering.

The claimant would also ask this court to grant the claimant injunctive relief against the individual Paul Tenhaken in the form of a one-way enforceable restraining order with negotiable conditions, to ensure the claimant no actions of retribution befall the claimant out of the defendant's likely vindictive feelings; those that may result from the decision made in this action.

Date  6/3/2019

Christopher William of the family of Bruce, a living man
Sui Juris, All rights reserved, without Prejudice

Date  6-3-2019

Elizabeth Marie of the family of Bruce, a living woman
Witness

6

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _Minnehaha_
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _Minnehaha_
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*     N/A

Attorneys *(If Known)*     NK

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
Plaintiff

☒ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                   *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
Another District
*(specify)*

☐ 6 Multidistrict
Litigation -
Transfer

☐ 8 Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC § 1983                                            18 USC § 241
Brief description of cause:   Conspiracy against civil rights dep. using color of law

## VII. REQUESTED IN
COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:       ☐ Yes    ☐ No

## VIII. RELATED CASE(S)
IF ANY

*(See instructions)*     N/A

JUDGE

DOCKET NUMBER

DATE   6/3/19

SIGNATURE OF ATTORNEY OF RECORD   William T. C. al. Sui Toris

FOR OFFICE USE ONLY

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE