

**STATEMENT**
REMIT PORTION

Accounts Receivable
PO Box 7402
Sioux Falls, SD 57117
(605) 367-8860
www.siouxfalls.org

| | |
|---|---|
| Statement Date | 01/31/2019 |
| Customer Number | 2655 |
| **Statement Total Due** | **$115.82** |

BRUCE, CHRISTOPHER
701 S DULUTH AVENUE # 1
SIOUX FALLS, SD 57104

DETACH AND RETURN THE PORTION ABOVE WITH YOUR PAYMENT



Accounts Receivable
PO Box 7402
Sioux Falls, SD 57117
(605) 367-8860
www.siouxfalls.org

| CUSTOMER | CUSTOMER NUMBER | STATEMENT DATE | STATEMENT TOTAL DUE |
|---|---|---|---|
| BRUCE, CHRISTOPHER | 2655 | 01/31/2019 | $115.82 |

**Bill Description: MULTIMEDIA SUPPORT**   Date: 01/22/2019   Bill Number: 13932

| | DETAIL DESCRIPTION | DATE | BILL AMOUNT | BILL ADJUSTED | INTEREST DUE | PAID | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 1 | PER ORDINANCE 41.003(a) 14.5 HOURS AT $7.50 PER HOUR | 01/22/2019 | $108.75 | $0.00 | $0.00 | $0.00 | $108.75 |
| 90 | SALES TAX - MULTIMEDIA SUPPORT - 6.5% | 01/22/2019 | $7.07 | $0.00 | $0.00 | $0.00 | $7.07 |
| | Bill Summary | | $115.82 | $0.00 | $0.00 | $0.00 | $115.82 |

| 1 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | INTEREST | OTHER FEES | TOTAL DUE |
|---|---|---|---|---|---|---|
| $115.82 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $115.82 |



701 Duluth Avenue, Apartment #1                                      February 8th, 2019
Sioux Falls, South Dakota 57104

Dear "Accounts Receivable", City of Sioux Falls, Inc.;

You know, it's still amazing to me that it took me a little over 50 years to realize just how moronic my initial programming and indoctrination, of: "Just do what you're told to and don't question authority." was, and finally broke out of it...after stupidly doing just that all my life...and that it was the same authority that finally woke me out of that stupid phase of my life. For 5 looooooooooong years, they've surely been wishing they had never heard of me, and had never kicked me in the shins.

It also serves to amaze me, since that awakening, that some people are nearly dead....and they STILL haven't broken out of that programming.

So I'm just going to put it this way....I know an awful lot about the "law." I know the premise of the general scam that has been, for well over a century, utilizing the laws of COMMERCE; "fleece the ignorant public for all you can, as much as possible, before they catch on and tell others." That time has come and gone; and yet, here you are, still trying to grab all you can. I would imagine that you would figure out that it's as good as over by now, just from eyeing my blog (for "Accounts Receivable" personnel, just Google "America's Deadly Sins". I come up the 2nd result; the first is my old radio show); let alone all you see happening lately in the world, on the news, and in the papers... but, since that's probably not nearly enough, I'll give you a bit of a wake-up call.

Maybe the rest of this city's citizens are ignorant of this scam to date...but that will change as I'm here, more and more. I just have to say it - y'all have had a good run....but it's just about over. I've already designed a package that I fully intend to issue out, first, to my FORMER state; but then to the rest of the country, via my new combo extractor/bulk email program. Just a little backlash concerning its results, you may just see a rather sharp decline in your ability to collect money on certain things...just saying. Included in this "mailing" may be a few items you probably won't want known.

I am sure that this act of yours, mandated by the city's government, i.e., charging people again to do the job you already get paid by the same people to do, via the avenue of an unlawful and unconstitutional local statute passed and enforced using color of law; a statute demanding additional payments for information that should be free ANYWAY; an act that spits in the face of the federal act (which, in case you didn't know, is ALSO issued utilizing FEDERAL color of law) entitled "THE FREEDOM OF INFORMATION ACT"; where I have found NOTHING that encourages local governments, when asked for this information, to then feel free to charge citizens additional fees to recieve it; and as a result of MY request, doing so and charging me $115 for it - even though pretty much NONE of the questions I asked for answers on were really answered for me to anyone's satisfaction, nor were suggestions made to me where I could acquire those

1

answers disturbingly absent, namely, almost every question that concerned safety data and safety concerns - will make a wonderful example.

This will be one bill you might want to misplace all record of. Should you choose to ignore this suggestion, and should the fist of a single police officer even grace the shadow of my doorway, I will have all responsible sued in federal court so fast it will make your head spin.

I'm sorry...I'm not sure why I just said that. I apologize. I mean, you're just doing the jobs you were appointed to do, right? Tell you what...allow me to, just once, make good on only THIS bill for you. Included is my payment, made in the form of the ONLY currency currently recognized, by law, as LAWFUL U.S. tender; since congress unlawfully relinquished its power to print money to international banks and bankers back in 1933; along with the legal paperwork your legal department will need to recognize this payment to be legitimate. I now ask for a receipt marked PAID, in the City of Sioux Falls letterhead, to be issued to me forthwith, via mail, at your earliest convenience.

Thank you for your time,

Christopher William, the Living Man
STATE NATIONAL OF THE STATE OF SOUTH DAKOTA

P.S., a copy of this letter is also being sent prior to your receipt of it; to the city council, the mayor, and all the local news and radio stations, via email.

2

Being Duly deposed and Sworn, Affiant, autographed in Blue and sealed by thumb print in red ink below, states as follows:

I can make no Payment on any debt or obligation to pay pursuant to costs, fees, any contract or fine, settlement, or order of the court, until the appropriate form of payment is clarified and defined by the payee or court, in consideration of the following adopted and incorporated herewith as my duly certified statement of presumed fact in Law:

PREMISE OF LAW FIRSTLY

THAT Neither paper currency nor deposits have value as commodities, as deposits are merely book entries, and it is still a Felony to tender these or any such substitute electronically or otherwise for lawful money in payment of any debt in all fifty states today including Texas, as Texas criminal law states "All recognizances, bail bonds & undertakings of any kind, whereby a party becomes bound to pay money to the State, & all fines & forfeitures of a pecuniary character shall be collected in the lawful money [gold or silver] of the United States only." (TEXAS Code of Criminal Procedure § 43.02).

THAT The Supreme Court has ruled that "Lawful Money of the United States could only be gold & silver coin or that which by law is made its equivalent so as to be exchangeable therefor at par, & on demand, & does NOT include a currency which though nominally exchangeable for coin at its' face value, is not redeemable on demand." Bronson v. Rhodes, 74 U.S. 229, 247, 19 L. Ed.141. "Checks, drafts, money orders & bank notes are not lawful money of the United States." (State v. Mellon, 73 Pac. 321, 43 Ore. 168. Black's Law Dictionary 6th Edition defines "Real money," as; "Money which has real metallic, intrinsic value as distinguished from paper currency, checks & drafts."

PREMISE OF LAW SECONDLY

No state may make any thing but gold or silver coin tender in payment of debts (Article 1 sec 10, US Constitution, Public Law 103 of Dec. 24, 1919 states : only "gold certificates of the United States payable to bearer on demand shall be and are legal tender in payment of all debts and dues, public and private." However, No payment in gold or silver may be demanded in payment of any debt or obligation because of government declared bankruptcy. ( HJR 192; Executive Orders 6073, 6102, 6111, and 6260, House Joint Resolution 192 of June 5, 1933; 31 USC 5112, 5119;12 USC 95a; confirmed in Perry v. U.S. 294 U.S. 330-381, 79 LEd 912 (1935)). "No one is bound to do what is impossible." - (1 Bouv. Inst. n. 601. A l'impossible nul n'est tenu.)

PREMISE OF LAW THIRDLY

THAT The responsibility of coining gold and silver money was by the people ceded to Congress at Article I; §8, Clause 5, U.S. Constitution. It was certainly not within the enumerated powers of Congressional authority in Law to transfer the issuing of gold and silver certificates, and ultimately suplanting United States Notes with Federal Reserve Notes, to the private Federal Reserve being a foreign power with respect to lawful government, as "Congress may not abdicate ['to give up.. renounce or relinquish...authorities, duties...powers, or responsibility] to transfer to others its legitimate [delegated] functions" Schechter Poultry v. U.S., 29 U.S., 495 U.S. 837, 842 (1935); see footnote below:

FOOT NOTE : 66th Congress Sess. II Chapter 15, (December 24, 1919)-Public Law No. 103

CHAP. 15-An Act to make gold certificates of the United States payable to bearer on demand legal tender.

"Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, that gold certificates of the United States payable to bearer on demand shall be and are hereby made legal tender in payment of all debts and dues, public and private.

Gold Reserve Act of March 14, 1900; [§3511] Sec. 2. That United States notes, and Treasury notes issued under the Act of July 14, 1890, when presented to the Treasury for redemption, shall be redeemed in gold coin of the standard fixed in the first section of this Act..."

No law makes Federal Reserve Notes Lawful Money Or Legal Tender, and they do not meet either of these lawful requirements for legal tender for the Citizens of the several states.

PREMISE OF LAW THE FOURTH

WHEREFORE "Giving a note does not constitute payment..." (Echart v Commissioners, C.C.A. 42 F2d 158; 283 U. S. 140), and "The legal tender quality of paper money is only valuable for the purposes of dishonesty..." Knox v. Lee (1871)," by agreeing to pay fines, court costs, or any other obligation or debt in commerce or monetary exchange with any private party or public institution by means of "paper money... only valuable for the purpose of dishonesty," whether or not intentionally, willfully, or knowlingly, having been under inducement, tricked, or coerced by any criminal element corperate or private, or under color of law in representation of government, into paying any debt, obligation, or fine, in anything other than gold or silver, one would be as such, in law, either pressured, coerced

and intimidated, or threatened under duress, drawn into by deceit, or conspiring with criminal intent, to engage in the crime of 'COUNTERFEITING' and 'FORGERY,' being a felony, and so should and must respectfully decline any offer, and resist or reject any pressure to accept or succumb to any inducement to be drawn into contributing, aiding, or abetting, wether directly or indirectly, any manner of criminality, such as defined in and by law as 'forgery' and/or the 'counterfeiting' of money or value in any manner.

THAT when pressured to identify the form of money to be used to settle a judgment, the 52nd 3rd Judicial District Court of Michigan, Honorable Justice James P. Sheehy presiding, Ruled that "coffee beans" was money, storming out of the court room shouting : "I don't care if you pay it in coffee beans just so long as you pay it!" (Montgomery Wards v Eugene Glasure case #82-002087 (1982). The judge, as in many intentionally unpublished state and federal cases, could not bring himself to violate the law in open court on record and declare Federal Reserve Notes to be lawful or legal tender in payment of debts, (outside exclusive federal territorial jurisdiction) so Glasure, a Michigan Native, payed the settlement, court costs, and a few of his other debts, in "Coffee Beans," and still carries a large sack of them around with him at all times down to this very day.

ASSERTION OF LOGICAL CONCLUSION BASED UPON PREMISE OF FACTS ASSERTED AS CONTROLING LAW

"An argument is valid only if its conclusion follows logically from the combination of its premises."

WHEREFORE the Defendant, Respondent, or Counter Petitioner can make no payment on any fine, obligation or debt assessed pursuant to the terms and conditions of any court order, contract, bill, invoice or obligation as such imposed or assesed, until such time as specific clarification of the form of money and appropriate tender in payment by the claimant, obligor, Opposing Counsel, Attorney General, District Attorney, Prosecutor, or Court is made in amendment to the same said bill, Order to pay, invoice, or demand for payment, as herewith requested, in consideration of the forgoing facts in and at Law, and so requests the same be made forethwit, in equity, faith and good conscience.

JUDICIAL NOTICE

"No person shall ever be imprisoned for debt." - Constitution of the State of Texas Art. 1 § 18, 1876. "No man can give that which he has not... [nor that which he can not be required to have, such as contraband Federal Reserve Bank Notes counterfeited as money]." (Jackson v. Bradford, 4 Wend. (N.Y.) 619). "Incarceration to coerce bond is unconstitutional." (Pullman v. Allen, 466 U.S. 522 (1984))

RELIEF/ REMEDY/ MAINTENANCE CURRENTLY SOUGHT IN CLARIFICATION OF TERMS AND CONDITIONS/NATURE AND CAUSE OF DEMANDS AND ORDER FOR PAYMENT

WHEREFORE, the the Counter Petitioner requests the Court, his Honorable Eminence and Excellency, employee of opposing counsel for the STATE, fictional corporate client, direct and compel opposing counsel to clarify and identify in writing for the record of these proceedings a suitable and acceptable form of payment under law in amendment to and with respect to maintenance or child support, fines assessed or obligations imposed by judgment or contract, pursuant to any void and incomplete contract, judgment or settlement as a matter of Public Record, or void the contract, settlement, or order to pay that in fact already is; nunc pro tunc ab initio, the same being void for ambiguity and lack of clarification.

LET IT BE KNOWN TO ALL OF YOU through this Declaration, autographed in Blue and sealed by thumb print in red ink below, not induced by force or compelled by fear, but of our own good and spontaneous will and by the common counsel of our law, that we do not offer nor freely concede to contracts being brought into existence in our name that Begin and End in fraud, predicated upon criminal acts of counterfeit or forgery, these as such being the poison fruit of an accursed tree, whereas as our rights, liberties and regalia; all of which things, as they have been by us previously published to you, we wish to have perpetually valid and firm; and we bind ourselves and our successors not to act counter to them, by charter, fealty, demur, or concession. Legalese, legality, and Legalism, the science practiced by attorneys at law in private for profit commercial courts, which by law cannot be the acts of public institutions, thus masquerading as such illegitimately in their legalese of fictions and ghosts without rights being the designations they falsely assign and ascribe to the living, as apposed to being in the Law common to nature and sense in reality, are by most religions taught to be engaging in simple, black magic, witchcraft, and sophistry or double speak, demonic sorcery originating with the father of deceit.

CERTIFICATE OF SERVICE

I the undersigned and above named do hereby Certify that a true and correct copy of the foregoing was served upon opposing counsel by placing a true and correct copy of the same in the United States mail, all postage paid, or by my own hand, notice to agent being notice to principle, on this the day __8th__ of the __2nd__ month, this the year of our Lord Two Thousand Nineteen, A.D.

ATTESTED VERIFICATION

In Witness, Whereof, knowing the law of bearing false witness before God and Men, I solemnly affirm that I have read the foregoing and know the contents

thereof to be true and correct to the best of my own knowledge except those matters which are therein stated based on my information or belief and as to those matters I believe them to be true and will testify to these in the legal or lawful court of any nation on earth before both Man and God so help me.

Dated this the ___8th___ day of the ___2nd___ month, this the year of our Lord Two Thousand and Nineteen, A.D.

Christopher William, the Living Man
Without Prejudice

_____
All Rights Reserved

_Elizabeth Marie.T.Lolw._ Witness

Elizabeth Marie T. Lolw
(Witness Name)


Published by Private Attorney Christopher William The Living Man - 2019

Last modified: 8:51 AM

P.O. BOX 881
SIOUX FALLS, SD 57101-0881
RETURN SERVICE REQUESTED

04/24/2019

Page 1 of 1

000395-001-001-000395-000000   5CD5A671 PAM

CHRISTOPHER BRUCE
701 S DULUTH AVE #1
SIOUX FALLS SD 57104



IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW
☐ MASTERCARD   ☐ VISA   ☐ DISCOVER
CARD NUMBER
CVV / CCV CODE
3 digits on back of card
_ _ _ _ - _ _ _ _ - _ _ _ _ - _ _ _ _     _ _ _ _
SIGNATURE                                EXP. DATE
                                         _ _ / _ _ _ _
ACCOUNT NUMBER
574129-01      Amount Owed ➡ $120.90
SHOW AMOUNT PAID HERE: ➡
Phone:(   )_____ Circle One: Landline / Cell Phone
By providing your number you authorize our office to contact the number provided using an automatic telephone dialing system.

REMIT TO
AAA COLLECTIONS, INC.
P.O. BOX 881
SIOUX FALLS, SD 57101-0881

574129-01   AASU   *** PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT ***

Account #: 574129-01          Date: 04/24/2019

Dear CHRISTOPHER BRUCE,

Your account with CITY OF SIOUX FALLS has been turned over to us for collection.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

As of the date of this letter, you owe $120.90. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information write the undersigned or call 1(877)215-3456. You will be charged $40.00 for returned checks.

For further information write the undersigned or call 1(877)215-3456. You will be charged a $40.00 fee for a returned check.

Sincerely,
AAA COLLECTIONS, INC.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

| Account Seq. | Account Name | Total |
|---|---|---|
| 01 | CITY OF SIOUX FALLS | $120.90 |
| | TOTAL | $120.90 |



AAA COLLECTIONS, INC.        3500 SOUTH FIRST AVE, STE 100,  P.O. BOX 881        SIOUX FALLS, SD 57101-0881       1(877)215-3456

Payment options include: paying online at payaaa.com
enclosing money order, cashier's check, personal check, or credit card.

Recieved ~~Rebca #62~~

Comes now, Christopher William, of the Clan of Bruce, in his Affidavit of Truth:

To whom it may concern: if anything happens to me, then Wrongdoing May Have Been Done.

i, Christopher William, born of the clan of Bruce, a living breathing man, am of very sound mind and very sound body. My cars and home are well maintained, i am in very good spirits and looking forward to a very long and rewarding life. i and others are involved in lawful actions of holding city, county, federal and state officials to the proverbial fire of upholding their Lawful Constitutional Oaths by means of Lawful Affidavits and Criminal Complaints containing abundant evidence charging them with Felonious Acts against the People of the Country and in placing Lawful Commercial Liens potentially worth billions of dollars on both their Surety Bonds and their personal assets, and further, seriously impacting the defendant's ability to hold any future office. Therefore, if "anything" happens to myself, I have an "accident" or go missing and end up dead; be it known here that i, Christopher William, of the clan of Bruce, did NOT commit suicide or have an "accident" and further, i am not careless with poisons, old food, toxins, flammables, firearms, nor have any known enemies. i am asking that if anything happens in the form of a negative or deadly event, even if it seems to fit well within the scope of what's "Normal", i seriously request that very capable and responsible persons with excellent skills and expertise, take a really good look into the Who's, What's, When's Where's Why's and How's of my demise; as it may in all likelihood be, in fact, a purposeful Act, There but for the Grace of God go i. i certify the foregoing is true, correct, complete and not misleading to the best of my knowledge so help me God.

/s/ Christopher William, of the Clan of Bruce
Christopher William of the Clan of Bruce

Sui Juris
Without Prejudice
All rights reserved

Witness _Elizabeth Marie_

Witness Name _Elizabeth Marie T. L. W._

Sur Juris
Without prejudice
All rights reserved

DATE: _4-24-2019_

Dear AAA Collections.

First of all, contrary to popular belief, the person who you sent this debt collection to is NOT CHRISTOPHER BRUCE (all caps;), a corporate fiction; this has not been my name for a minimum of 4 years. My name, in fact, is Christopher William of the Bruce Family, a living breathing man. Should you care to reissue me a letter that calls me by my actual name, you're welcome to address the alleged "debtor" in this matter.

Payment was sent to and received by the "City of Sioux Falls, Inc." for this debt. I'm afraid that the status of this debt as it was presented to you by the "City of Sioux Falls, Inc. was presented to you fraudulently. Included with this letter will be a letter sent to the City of Sioux Falls, and also attached will be the paperwork presented; and these were sent, along with lawful payment (as it was thoroughly described to be in the included paperwork), to the "The City of Sioux Falls, Inc.'s finance department a mere two days after I received the bill. I will also include a copy of the bill in question. I sent this all to the City certified mail with return receipt and asked that a receipt be sent me by the city, marked "paid in full." Just because the City is run by morons who couldn't recognize lawful currency if it slapped them in the face, and they refuse to settle it with the payment they received, doesn't mean the matter was not settled.

I strongly suggest that you do as the City was told to do and scratch this bill from your records. Should either of you contact me again in any way, I will initiate a lawsuit against you both (the attached notice was also issued to the mayor), to settle this matter once and for all. I'm sure a judge will see things my way. If he doesn't, well, there are higher courts with different opinions, surely...and each court that we have to upgrade to will, naturally, require more remedy from you both in LAWFUL currency, upon demand, to be paid by both you and "The City of Sioux Falls, Inc." Please, make a note of it.

Most importantly, this bill occurred as a matter between "The City of Sioux Falls, Inc.", a corporate fiction, and a living man, who they have no real consented to jurisdiction over, and, since there are no signed or implied agreements between me, the "State of South Dakota, Inc. or "The City of Sioux Falls, Inc." on record, they have no lawful OR legal means available in which they can force me to comply with their corporate by-laws. Since those by-laws are not able to be enforced on me, you, as their collections affiliate, also have no legal recourse to collect from me a debt that cannot rightfully be imposed against me. The U.S. Supreme Court has made it quite clear that corporate fictions cannot affect living persons; and they have perfectly identified these fictions as they appear to me, very accurately, as "Figments of my imagination.".

Lastly, the date of this invoice was 1/31/19, and payment was made around 2/2/19. So, in the eyes of a court, any resulting action by you will more than likely result in a ruling in my favor; since The City of Sioux Falls, Inc." has not returned my sent payment to me; nor did they, at any time, follow this bill up with another request for payment, until I received a collections notice from your offices. This, then, added to the amount of time that has passed since payment was made until it came to your attention, could very well be legally construed or PRESUMED to mean that they did, in fact, accept the payment made, then later on, changed their minds and tried to collect it, without further notification to me that this bill was in any way still in need of paying.

I currently have a serious lull in my other federal appeal against 32 elected officials in Iowa, and, since you are, in fact, as a collection agency, required to keep harassing me; due to these and other obvious

1

facts of life in the business of collections; I'm certain that you can expect those papers served to your offices quite soon.

Respectfully,

*[signature]*

Christopher William of the family of Bruce, The Living Man

Enc. – Notice to cease and desist/Notice to initiate suit (Paul Tenhaken); Notice to cease and desist/Intent to file suit, AAA COLLECTIONS; Legal paperwork identifying payment made to "The City of Sioux Falls, Inc.", and included letter, addressed certified mail with return receipt to "The City of Sioux Falls, Inc." on February 2nd, 2019, along with lawfully identified U.S. currency in the form of coffee beans, at a rate of 1 bean per dollar.

## NOTICE TO AAA COLLECTIONS WITH INTENT TO FILE SUIT/NOTICE TO CEASE AND DESIST

i, Christopher William, a living breathing man, do hereby serve notice to AAA COLLECTIONS, LLC that I fully intend to file suit against them in Civil District Court, to proceed immediately, should a receipt marked paid in full not be issued me within 10 business days of this notice made, for the bill of $115.82, issued me on 1/31/19 for "Multi-Media Support." This notice is also intended to serve as a notice to CEASE AND DESIST all communications with me that demand payment.

1. The bill was paid to "The City of Sioux Falls, Inc." in lawfully identified U.S. Currency, 2 days following the receipt of said bill, and was sent certified mail with return receipt to the address belonging to "The City of Sioux Falls", a corporate fiction, and was received by the same. Regardless of the payment i opted to make, A corporate fiction may not affect a living breathing man (USC) in any manner of legality, i.e., by imposing upon him a Statute of some unconsented to local law, which is utilizing color of law of the same; as I am not "U.S. citizen" or "resident" of the incorporate fictions of either "The City of Sioux Falls, Inc." or "The State of South Dakota Inc.;" nor subject to the corporate bylaws of either; I am, instead, a state citizen of the territory of South Dakota, the State, and an individual living man, in full possession of my inalienable and natural rights; nor do I qualify or fall subject under any assumed or presumed jurisdiction of the Corporate fictions, "The City of Sioux Falls, Inc.", or "The State of South Dakota, Inc."

2. Attached to this payment was an affidavit, which also rationalized the method of the payment made, and why "Payment" of the bill, using the alternative manner required by the "City of Sioux Falls, Inc.," using legally accepted debt notes or bank entries representing the same (FRN's), is unlawful. It was signed in blue ink, with red thumbprint, and properly witnessed. Along with this payment was a letter to the finance department of the stated corporate fiction, which more than presented good common sense as to why this bill shouldn't have even existed to begin with. Even if the interaction between the Corporate fiction named on the bill and this living man has the ability to be legally construed to be an agreement, or fall under the laws of commerce, the terms were violated, since none to very little answer to the FOIA request was provided the customer in question, nor was there any attempt to direct the customer to where he could find that ridiculously high percentage of the unprovided answers to his questions; which, in essence, nullifies the contract; due to non-performance of the terms of that implied contract by "The City of Sioux Falls, Inc."

3. Upon receipt of this lawful payment for non-itemized services, 12 pages of paper (at 10 cents a page) and 12 or so files on a cheap generic thumb drive at the pre-consented to rate of evidently, 15 hours of "Records Searching (Multi-Media Support, they call it), they simply ignored it and sent the bill to you to collect it in the form of somehow legally accepted "U.S. Currency," fraudulent and counterfeited pieces of paper or via electronic representation of the same; that denote "DEBT;" printed by non-governmental private services corporations that have no vested or granted authority to print what they deem to be "Money" for those of these United States.

4. Paul Tenhaken has also been noticed as you have, in kind. Suit will ensue after the grace period I gave him of ten days following receipt of his notice.

Let it also be noticed that the damages I will seek will far exceed any amount you are intending to extort from me, and these damage requests will grow exponentially each time an appeal is necessary.

i, Christopher William, a living man, do swear that all of the above is the truth, to the best of my knowledge, and do attest the same, in full acknowledgement and recognition of the penalty of perjury.

Notice to agent is notice to principal.

All rights reserved, without prejudice

Christopher William, of the clan of Bruce, a living man.

Witness Signature _Elizabeth Marie T. LoWo_
Witness Name _Elizabeth marie T. LoWo_
Date: _5-2-2019_

Received by: _DeBoer #622_

## NOTICE TO PAUL TENHAKEN WITH INTENT TO FILE SUIT/NOTICE TO CEASE AND DESIST

i, Christopher William, a living breathing man, do hereby serve notice to Paul Tenhaken that I fully intend to file suit against him in his individual capacity in Civil District Court, to proceed immediately, should a receipt marked paid in full not be issued me within 10 business days of this notice made, for the bill of $115.82, issued me on 1/31/19 for "Multi-Media Support." This notice is also intended to serve as a notice to CEASE AND DESIST all communications with me that demand payment.

1. The bill was paid to "The City of Sioux Falls, Inc." in lawfully identified U.S. Currency, 2 days following the receipt of said bill, and was sent certified mail with return receipt to the address belonging to "The City of Sioux Falls", a corporate fiction, and was received by the same. Regardless of the payment i opted to make, A corporate fiction may not affect a living breathing man (USC) in any manner of legality, i.e., by imposing upon him a Statute of some unconsented to local law, which is utilizing color of law of the same; as I am not "U.S. citizen" or "resident" of the incorporate fictions of either "The City of Sioux Falls, Inc." or "The State of South Dakota Inc.;" nor subject to the corporate bylaws of either; I am, instead, a state citizen of the territory of South Dakota, the State, and an individual living man, in full possession of my inalienable and natural rights; nor do I qualify or fall subject under any assumed or presumed jurisdiction of the Corporate fictions, "The City of Sioux Falls, Inc.", or "The State of South Dakota, Inc."

2. Attached to this payment was an affidavit, which also rationalized the method of the payment made, and why "Payment" of the bill, using the alternative manner required by the "City of Sioux Falls, Inc.," using legally accepted debt notes or bank entries representing the same (FRN's), is unlawful. It was signed in blue ink, with red thumbprint, and properly witnessed. Along with this payment was a letter to the finance department of the stated corporate fiction, which more than presented good common sense as to why this bill shouldn't have even existed to begin with. Even if the interaction between the Corporate fiction named on the bill and this living man has the ability to be legally construed to be an agreement, or fall under the laws of commerce, the terms were violated, since none to very little answer to the FOIA request was provided the customer in question, nor was there any attempt to direct the customer to where he could find that ridiculously high percentage of the unprovided answers to his questions; which, in essence, nullifies the contract; due to non-performance of the terms of that implied contract by "The City of Sioux Falls, Inc."

3. Since Mr. Tenhaken presents as the head of this corporate fiction, and is, more than likely, the administrator/enforcer of whatever statute he intends to state that I have violated by not paying this improper bill, it will be him alone that I will seek damages from. Mr. Tenhaken has also involved AAA Collections for the purpose of extorting this money from me, and they will also be named in the suit; as I am not the person named in the collection attempt, sent to my current address; and since they have made it clear that they intend to legally enforce this collection as well. They will also be noticed as you have, in kind.

Let it also be noticed that the damages I will seek will far exceed any amount you are intending to extort from me, and these damage requests will grow exponentially each time an appeal is necessary.

i, Christopher William, a living man, do swear that all of the above is the truth, to the best of my knowledge, and do attest the same, in full acknowledgement and recognition of the penalty of perjury.

Notice to agent is notice to principal.

All rights reserved, without prejudice

*With Prejudice*
*All rights Reserved*
*Sui Juris*

Christopher William, of the clan of Bruce, a living man.

Witness Signature _Elizabeth Marie_
Witness Name _Elizabeth marie Clan of Bruce The living Woman_
Date: _4-24-2019_

Sui Juris
All Rights Reserved