# United States District Court
## District of South Dakota
Office of the Clerk
225 South Pierre Street, Room 405
Pierre, SD 57501

| | |
|---|---|
| Matthew W. Thelen<br>Clerk of Court | Telephone<br>(605) 945-4600 |

June 3, 2019

Christopher William
701 S. Duluth Ave, Apt. #1
Sioux Falls, SD 57104

Re: William v. Tenhaken et al; Civil Case No. 4:19-cv-4096

Dear Mr. William:

This is to advise you that our office received your Complaint, Civil Cover Sheet and Motion for Leave to Proceed Without Prepayment of Fees on June 3, 2019. A new case was opened on your behalf and assigned to Roberto A. Lange United States District Judge, along with the above-referenced case number. Enclosed is a courtesy copy of the docket sheet for your case.

Please be advised that any future documents or correspondence you send to our office concerning your case must have the above-referenced case number listed on them. All documents submitted for filing must also contain an original signature. You are not required to provide the court with copies of documents submitted for filing. Discovery requests, such as interrogatories and requests for production of documents, and responses to discovery requests cannot be filed with the court. Instead, you must mail discovery requests and responses directly to the defendant or, if represented, to counsel. Do not mail discovery requests to the defendant or defense counsel until <u>after</u> the defendant has filed an Answer or Motion to Dismiss.

When this office receives documents for filing, the documents are electronically scanned and the scanned documents become the new official court record. The quality of the official court record is determined by the quality of the original documents submitted for filing. Therefore, I strongly recommend that any writing contained in documents you submit for filing be dark enough for scanning and only be printed on one side of the paper. All documents must be on 8 ½ x 11 inch paper.

You will receive copies of any court orders issued in your case. If you completed and returned the CM/ECF Pro Se Litigant Application Form requesting electronic notice, you will receive all unrestricted documents electronically. It is important that you keep copies of all documents filed in your case for your own records, including documents you submit for filing. If you request copies, you will be charged fifty cents ($0.50) per page.

PSNP-M

Due to the large volume of cases filed in this court and the court's limited resources, the clerk's office cannot respond to inquiries regarding the status of your case. In addition, judges, magistrate judges, the clerk of court, and our office are precluded from giving legal advice to litigants and will not respond to any such inquiries from you concerning your case.

    Sincerely,

    /s/ Matthew W. Thelen
    Matthew W. Thelen
    Clerk of Court

MWT: skk
Enc.