IN THE FEDERAL COURT OF THE DISTRICT OF SOUTH DAKOTA

| IN RE: <br> Christopher The Living Man (Bruce) <br> Case #CRI 19-4185 <br> "Judge" Pokela <br> District "Court", Minnehaha | Case # _____ <br><br> WRIT OF HABEAS CORPUS AND COUNTER-CLAIM |
|---|---|

I, christopher-william (lowercase), a living breathing man, come before you this date, 6/10/19, as "Affiant", in truth, and present, for myself, this extraordinary writ, to be considered in an Article **III** court of law.

## FACTS OF THE CASE:

1. Affiant, on several dates, did regularly attend council meetings, in order to speak out against the 5G Network and Mr. Tenhaken's support of it.

2. Between the dates of March, 2017 and 6/2019, the affiant has sent the mayor, Mr. Tenhaken, 3 emails, none that threatened harm, to him or his family.

3. On the date of 6/6/19, the affiant filed a 28 U.S.C. §1983 action against Mr. Tenhaken in federal civil court, via sworn affidavit in truth.

4. Copy of the iniating claim was sent to Mr. Tenhaken and to several of my friends, and to Mr. Tenhaken's peers via email on the same day (6/6/19, as a protective measure)

(1)

5. Also, on 6/6/19, Mr. Tenhaken filed charges, by himself, against the Living Man (Affiant), in effect conspiring against the inalienable civil and Constitutional rights of the affiant, without a presented sworn affidavit of damage under penalty of perjury, and conspiring with the Minnehaha county attorney to violate affiant's right to life + liberty, in retaliation against the affiant. A warrant was issued, and the sheriffs broke down the door and arrested the affiant at gunpoint, without cause, using unnecessary and unjustified excessive force.

6. Judge Pekola, on 6/7/19, did impose an unjustified and unconstitutionally high $25,000 Cash only bond against the affiant, in a conspiracy with the aforementioned to keep the affiant unlawfully detained until trial, for no crime committed, and simply justified on her perception of this affiant being an alleged "Danger to the community," something truly believed by the judge, Mr. Tenhaken & the County Attorney.

## CONCLUSION & DEMAND FOR RELIEF

The only thing the affiant has PROMISED is to expose

(2)

the wrongdoings of the mayor to his family. The only thing the mayor fears is for them to discover his misdeeds, and the ruining of his political career; something he already ruins on his own. He is the victim of no damage. No victim, no crime; no crime, no case.

The affiant is not a "U.S. Citizen", but a state national. I claim, garner, and am entitled to every protection available to one of of my standing. I am subject to NO corporate by-laws, nor subject to any terms or conditions of any corporate fiction.

Pursuant to these facts, the Living Man, Christopher William (Bruce) asks for my release from the Minnehaha County Jail post-haste, and demand that these "charges" be dismissed immediately. The affiant also asks that the NCO be voided, since it blatantly violates my Constitutional right of free speech.

6/10/2019
Date

Christopher William (Bruce)
A Living Man Sui Juris

6/10/2019
Date

Wyatt J. Walton
Notary

WYATT J. WALTON
SEAL  NOTARY PUBLIC  SEAL
SOUTH DAKOTA
My commission expires 3/05/2022

-3-

NEXT →

## ADDENDUM TO RELIEF

The Affiant claims damage to his good name. Affiant requests the court arrest and charge Mr. Tenhaken with Retaliation, Conspiracy to deprive affiant of his civil rights using color of law, and deprivation of the same.

6/10/19
Date

Christopher William (Bruce) The Living Man

Sui Juris, All rights reserved

6-10-2019
Date

Wyatt J. Walton
Notary

**WYATT J. WALTON**
NOTARY PUBLIC
SOUTH DAKOTA

My commission expires 3/08/2020

(4)

Christopher (Bruce) The Living Man
500 N. Minnesota Ave.
Sioux Falls, SD. 57104

US Civil Court Clerk
400 S. Philips Ave
Sioux Falls, S.D.
57104

U.S. POSTAGE >> PITNEY BOWES
ZIP 57104 $ 000.50
02 4W
0000340465 JUN 11 2019

LEGAL
Inmate Correspondence

5710436848 C033

X-RAYED BY
SOUTH DAKOTA
CSO