IN THE ~~FEDERAL~~ DISTRICT COURT FOR THE STATE OF SOUTH DAKOTA

| | |
|---|---|
| Christopher William (The Living Man) (Bruce) <br> v. Paul TenHaken Et Al | Case # 19-4049 <br><br> Addendum TO Claim <br> Added facts + Additional Relief request |

I, Christopher William (Bruce), the living man, do present this addendum to my claim of damage in fact and request for additional relief.

## ADDITIONAL FACTS

1. On the date of 6/6/19, the claimant did file an amended claim with this court, in this case.
2. An hour later, the claimant, out of fairness, opted to email a copy of the amended claim to Defendant TenHaken, his city council members, and 15 of my contacts for my protection.
3. An hour later, Mr. TenHaken had a warrant issued for my arrest, and the Minnehaha County Sheriffs broke down my door, guns drawn, and arrested me for the level 1 misdemeanor charge of stalking Mr. TenHaken.
4. On 6/8/19, The District Court of Minnehaha, with no true evidence of any statute violated or crime committed, and without a sworn

(1)

affidavit of damage in fact, signed in wet ink signature & thumbprint in red, stated in fact under possible penalty of perjury, did deprive the claimant of life & liberty by imposing an unlawful and unjustified $25,000 cash only bail, based solely on their alleged perception that I was a "Danger to the Community", though I have never in my life ever harmed animal, insect, fish, fowl or human. The claimant states, without flinching, that the only individuals I am and have EVER been a danger to are those who choose to violate my rights without merit, and harm those I love. Mr. Tenbaken ET AL, defendants and the County Attorney for Minnehaha County, and district court "judge" Peloki are now on that ever growing list of 40 plus elected officials in Iowa & now in South Dakota. I will not EVER rest until they are ALL legally held accountable for their crimes against my family & I, and for callously, vindictively & maliciously violating ALL of my rights, degrading my good name & harming my family, or they have me murdered, as they have done to countless others.

(2).

5. While I was incarcerated, I was arrested again, and 2 more "charges" were filed against me, and an added unjustified unconstitutionally high bail of $50,000 cash only was imposed against me; again, with no sworn affidavit of damage in fact filed by a damaged party, no evidence of any crime committed or statute violated, for a total of $75,000.

6. On 6/9/19, the claimant filed a writ of habeas corpus. On 6/12/19, this day, an addendum to both this claim and to the Habeas Corpus were both filed with the Federal courts, together. The claimant has opted to not appear at any more court appearances, since no answer to my challenge of their jurisdiction has been given me.

ADDITIONAL REL

THE CLAIMANT REQUESTS AN IMMEDIATE Injunction be implemented against Paul Tenhaken from taking further malicious, unjust and unwarranted legal retaliatory actions against the claimant.

The claimant would like to increase the

(3)

relief asked from Paul Tenhaken from $5,000 in lawful Constitutional money (Gold or Silver) to $20,000 for additional retributional acts, added violations of my rights, and further pain, suffering and mental anguish, upon demand, in gold or silver.

6/13/19
Date

Thank you

C.P. .v.w.
Christopher Williams (Bruce)
The Living Man
Sui Juris, All Rights Reserved
Without Prejudice

6-13-19
Date

Notary

JOHN SITES
NOTARY PUBLIC
SOUTH DAKOTA

my commission expires: 10-5-22

(4)

IN THE FEDERAL DISTRICT COURT OF THE STATE OF SOUTH DAKOTA

IN RE: District court of Minnehaha
Case # CR-19-4282  ← Amend CASE #
Christopher William (Bruce) The living Man.

Addendum to Writ of Habeas Corpus

i, christopher william (bruce), A living man and a son of God, do now provide additional relief & facts to the writ of habeas Corpus, filed 6/9/19.

ADDED FACTS

1. On 6/9/19, A habeas corpus was submitted to the federal district court via jail mail from the Minnehaha county jail.

2. 2 days later, 6/11/19, I was arrested on another warrant while in custody. Listed as a harassment charge and a level 6 felony stalking charge. My $25,000 cash only bail was unlawfully raised to $75,000 cash only, based again on no crime committed, no indictment, and no affidavit of damage in fact. There is no evidence of criminal activity filed for any of

(1)

these unlawful charges. During my initial appearance, I challenged the district court's jurisdiction and was duly ignored. Questions I asked about the nature and cause of the action were also ignored. I will not voluntarily appear at any more hearings, and have consistantly revoked all possible consent.

## ADDITIONAL RELIEF

The Living Man and Affiant, Christopher William (Bruce) ask the court to ask for my presence in the Federal District court, and any claimants & Prosecutors to swear damage in fact, and produce sufficient evidence of the crimes they claim I committed, and should they fail in this task, that the federal district court order my immediate release, & the charges discharged with prejudice. The affiant also asks for added penalties for all who have conspired against my rights and damaged my good name.

6-3-19                x _____
Date                          NOTARY

x 6/13/19           x _____
Date                   Christopher William (Bruce)
                       The Living Man, Sui Juris
                       All rights reserved, w/o prejudice

JOHN SITES
NOTARY PUBLIC
SOUTH DAKOTA
my commission expires: 10-5-22

Christopher Williams (Bree)
The Living Mall,
500 N. Minnesota Ave.
Sioux Falls, SD 57104

Clerk of Civil Court
United States Courthouse
400 S. Phillips Ave.
Sioux Falls, SD
57104

U.S. POSTAGE >> PITNEY BOWES
ZIP 57104 $ 000.50
02 4W
0000340465 JUN 13 2019

LEGAL
Inmate Correspondence

X-RAYED BY
SOUTH DAKOTA
CSO