IN THE FEDERAL DISTRICT COURT IN/FOR SOUTH DAKOTA

IN RE: SD Case # 19-4282

THE STATE OF SOUTH DAKOTA, INC

V.

Christopher William, The Living Man
"Alleged" Defendant."

NOTICE OF INTENT TO FILE WRIT OF MANDAMUS CONCERNING A WRIT OF HABEAS CORPUS

1. The claimant was arrested by the Minnehaha sheriffs on 6/6/19, and has been wrongfully and unlawfully incarcerated there for over a month.

2. An extraordinary writ was filed in this court the NEXT Day, and an amendment was filed just a couple days after that, along with a change of address, so that claimant would receive ALL of the court documents for both this matter, and for 19-4096! — a/civil suit also filed here, to which this incarceration is related.

3. The claimant has heard nothing nor received anything concerning either matter. This claimant is a victim of retaliatory actions involving his false imprisonment, and SERIOUS violations of and a conspiracy against his rights, and, due

to a very unreasonable and unjustified high $50,000 cash only bond (for a single low level 6 felony (CHARGE); the claimant has no chance to be innocent until proven guilty.

## CONCLUSION

This habeas corpus, filed a month ago, is an extraordinary writ that is allegedly supposed to be addressed by this court IMMEDIATELY, since it concerns an unlawful arrest and incarceration of this claimant for no justified purpose.

It is my notice and intent to file a writ of Mandamus in the appellate circuit court, should no action be taken concerning this matter within 10 days of the mailing of the notice.

x 7/5/19                          x _____
Date                                 Christopher Williams (Bruce), The
                                     Living Man; Soi Juris; By special
                                     appearance only, under legal duress;
                                     All rights reserved, without prejudice

x 7/4/2019                        x _____
Date                                 Notary

Christopher William (Bruce) The Living Man
500 N. Minnesota Ave
Sioux Falls, SD 57104

Clerk of Federal Court
U.S. Federal Courthouse
400 S. Philips Ave.
Sioux Falls, SD 57104



U.S. POSTAGE >> PITNEY BOWES
ZIP 57104  $ 000.50⁰
02 4W
0000340465 JUL 08 2019

LEGAL
Inmate Correspondence



X-RAYED BY
SOUTH DAKOTA
CSO