IN THE DISTRICT FEDERAL COURT IN/FOR SOUTH DAKOTA

| | |
|---|---|
| IN RE: Case # 19-4282 District Court of Minnehaha Cty. Christopher William (Bruce), The Living Man, Alleged "Defendant" | ADDENDUM TO HABEAS CORPUS |

The alleged "defendant" in this matter has recently come across an affidavit from affiant Koostra (Sean), concerning the alleged "victim" in this matter, Paul TenHaken, in an "Affidavit in Support of Arrest Warrant" filed in the above refenced case, through discovery.

Both are named parties in the "Amended Claim" filed 6/6/19, in this district federal court (civil case 19-4096) Copy of the amended claim were sent to the alleged "victim" in the above-refenced matter just 2 hours prior to my arrest, on the same day.

The affiant's affidavit is filled with provable half-truths and blown up police reports, fabricated to heights no reasonable person would take my actions.

More so, this concerns alleged events; one that happened in 10/18, and one that allegedly occured

— 1 —

one day prior to my arrest. But no one was in any fear whatsoever the night before on 6/4/19, when I attended yet another council meeting, and no one came for me on 6/5/19, when the alleged 2nd incident of "stalking" occured. It happened on 6/6/19, just 2 hours after mailing my amended claim to the alleged "victim."

This Court, therefore, can only arrive at 2 very obvious conclusions.

1. The arrest happened as a direct result of the lawsuit copy being sent to the Mayor. Both the affiant and the "victim" are listed as defendants in the suit.

2. An unreasonable high cash only bond was placed on condition for my release, for the sole purposes of violating my unalienable rights of life, liberty and freedom of speech and the press, and conspiracy of the same.

Request For Relief

I ask this court to ask for an evidentiary hearing, with my presence required so I can defend myself against the state's accusations. When the truth behind this

-2-

matter comes to the fore, the alleged "defendant" requests this court order my immediate release; then initiate charges of retaliation, conspiracy against my rights (18 U.S.C. § 241) and for attempting to deprive me of my rights using color of law (42 U.S.C. § 1983).

NOTE: As of July 8th, 2019, a deal was offered this detained, his first. The terms included my immediate paper-free release, if I agreed to take the level 6 charge of my alleged "stalking" and the "Part II," accusing me of a 2nd conviction of "stalking" in violation of the SDCL statute (which I have never had a first violation.)

My $50,000 cash-only bond was imposed on me based solely on my being "A danger to the community," just a month ago. If I was such a danger then, how is it that my first deal includes my scot-free release today?

x 7/15/19                    x  Christopher William (Bruce,) The Living Man
Date                            Sui Juris, All rights reserved, w/o prejudice

x 7/15/19                    x  [signature]
Date                    -3-     Notary

To the Clerk of Court,                                    7/12/2019

Please file this addendum to my federal court Habeas Corpus action, no case number known. Thank You.

X ~~T. R. M.~~
~~Kristopher William (Bruce)~~
~~The Living Man~~

Christopher (Bruce) The Living Man
500 N, Minnesota Ave.
Sioux Falls, S.D 57104

US POSTAGE PITNEY BOWES
ZIP 57104 $ 000.50
02 4W
0000340462 JUL 16 2019

Clerk of Court
Federal Courthouse
400 S. Phillips
Sioux Falls, SD
57104

LEGAL
Inmate Correspondence

5710486848 C033

04096-RAL   Document 10   Filed 07/17/19   Page 6 of 6

