IN THE FEDERAL DISTRICT COURT IN/FOR SOUTH DAKOTA

IN RE: Christopher William (Bruce), The Living Man

Minnehaha Court Proceeding # 19-4282

ADDENDUM TO HABEAS CORPUS ACTION

I, Christopher William (Bruce), a living man, do once again bring an update and addendum to this action and extraordinary writ, since 60 of the 90 allowed days to address this action have already passed with absolutely nothing heard from this federal district court.

1. On July 17th, nearly a month and a half after the Living Man (Bruce) was falsely and unlawfully imprisoned in the Minnehaha Cty. Jail, and held with an unreasonable, unjustified and UNCONSTITUTIONAL high bail of $50,000 cash-only bond, it was finally lowered to $5,000 cash or surety.

2. The alleged "defendant" wasn't able to bond out with any of the 3 bail bondsmen unless he could produce $4,500 in collateral in the form of

-1-

a house or a car. The alleged "defendant" is not of this area, and possesses neither of those items.

3. Upon finally acquiring the needed collateral, none of the bondsman will now speak to my wife or return her calls.

4. Nearly 30 motions challenging this court's jurisdiction (5); asking for a reduction of bondor release of the alleged defendant on personal recognizance (3), evidentiary hearing and a bill of particulars and damages (2) and a dismissal of the charge (3) and others 'have' been filed and NONE have been addressed, to date.

CONCLUSION AND RELIEF REQUESTED:

The alleged "defendant" in this matter respectfully requests this court's IMMEDIATE intervention, and find this living man a victim of retaliatory actions.

x 8/1/19
Date

ROBERT CHARLES MASON
Seal
Notary Public
South Dakota

8/1/19
Date

x [signature]
Christopher William (Bruce), A Living Man
Sui Juris, All rights reserved, without Prejudice

[signature] my commission expires:
Notary                03 NOV 2023.

Christopher William, The Living Man
500 N. Minnesota Ave.
Sioux Falls, SD 57104



Clerk of Court
U.S. Federal District Court
400 S. Phillips Ave.
Sioux Falls, SD 57104

LEGAL Inmate Correspondence

