.IN THE COURT OF THE FEDERAL DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| Christopher William (Bruce) The Living Man | Case # 19-4096 |
| Claimant | |
| v. | |
| Paul Ten Haken, Sean Kooistra, AAA Collections, LLC. | NOTICE CHANGE OF ADDRESS |
| Defendants | |

I, Christopher William (Bruce), The Living Man, on this date, do file notice of change of address:

All documents from the court are now to come to 701 S. Duluth #1, Sioux Falls, S.D. 57104. Please make a note of it.

Respectfully,

/S/Christopher William (Bruce,) The Living Man
Christopher William (Bruce), The Living Man
Sui Juris, All rights reserved, Without Prejudice
701 S. Duluth Avenue, #1
Sioux Falls, SD 57104

1