# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 30, 2019

Christopher William
Apartment 1
701 Duluth Avenue, S.
Sioux Falls, SD  57104

  RE:  19-3093  Christopher William v. Paul Tenhaken, et al

Dear Mr. William:

  The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

  Your case has been referred to the court for initial review and no briefing schedule has been set.  You do not need to file any additional documents or pleadings at this time.  We will advise you of any action taken in the case.

  We note that this matter was not served by the district court on any other party. Accordingly, you are notified that you are the only party to this appeal.

  Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

  The court will consider the case on the original file of the district court, and you do not need to file any additional record materials. If a transcript is required, you should file a motion with this court seeking preparation of a transcript at government expense. Your motion should specify what portions of the transcript you wish to have prepared and it should provide an explanation as to why these portions are necessary for the appeal. Please note that motions for appointment of counsel are rarely granted in pro se civil cases.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

If you have any questions about the procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

MMH

Enclosure(s)

cc:    Mr. Matthew W. Thelen

       District Court/Agency Case Number(s):   4:19-cv-04096-RAL

**Caption For Case Number:   19-3093**

Christopher William, The Living Man

      Plaintiff - Appellant

v.

Paul Tenhaken; Sean Coistra

      Defendants - Appellees

**Addresses For Case Participants:   19-3093**

Christopher William
Apartment 1
701 Duluth Avenue, S.
Sioux Falls, SD  57104

Mr. Matthew W. Thelen
U.S. DISTRICT COURT
District of South Dakota
Room 128
400 S. Phillips Avenue
Sioux Falls, SD  57104

19-3093  Christopher William v. Paul Tenhaken, et al

## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 09/30/2019

**Case Name:**    Christopher William v. Paul Tenhaken, et al
**Case Number:**  19-3093

**Docket Text:**
Civil case docketed. [4835893] [19-3093]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

Christopher William
Apartment 1
701 Duluth Avenue, S.
Sioux Falls, SD  57104

**Notice will be electronically mailed to:**

Mr. Matthew W. Thelen: coadocs@sdd.uscourts.gov