# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-3093
_____

Christopher William, The Living Man

Plaintiff - Appellant

v.

Paul Tenhaken; Sean Coistra

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of South Dakota - Sioux Falls
(4:19-cv-04096-RAL)
_____

**JUDGMENT**

Before LOKEN, SHEPHERD, and GRASZ, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the September 24, 2019 order of the district court dismissing the appellant's complaint without prejudice is summarily affirmed. See Eighth Circuit Rule 47A(a).

January 22, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans